# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,   :    Case No.   3:04-cr-012
                                                         3:06-cv-082

                                                   District Judge Thomas M. Rose
  -vs-                                      Magistrate Judge Sharon L. Ovington

                                             :

AMJAD SALEM,

      Defendant.

                             \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

UNITED STATES OF AMERICA,

      Plaintiff,   :    Case No.   3:04-cr-038
                                                           3:06-cv-083

                                                 District Judge Thomas M. Rose
  -vs-                                      Chief Magistrate Judge Michael R. Merz

                                             :

AMJAD SALEM,

      Defendant.

## CONSOLIDATION ORDER

Pursuant to Fed. R. Civ. P. 42, the above-captioned matters, arising under 28 U.S.C. §2255, are consolidated on the docket of The Honorable Sharon L. Ovington with her consent.

March 27, 2006.

                                                                               s/ Michael R. Merz
                                                         Chief United States Magistrate Judge