**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Criminal Case Nos. 3:04CR012, 3:04CR038 |
| vs. | : | |
| AMJAD SALEM | : | District Judge Thomas M. Rose |
| | | Magistrate Judge Sharon L. Ovington |
| Defendant. | : | |
| _____ | | |
| AMJAD SALEM, | : | |
| Petitioner, | : | Civil Case Nos.  3:06CV082, 3:06CV083 |
| | : | |
| vs. | | District Judge Thomas M. Rose |
| | : | Magistrate Judge Sharon L. Ovington |
| UNITED STATES OF AMERICA, | | |
| | : | |
| Respondent. | | |
| | : | |

**DECISION AND ENTRY**

The Court has reviewed *de novo* the Report and Recommendations (Doc. #162) and Defendant's Supplemental Memoranda in Support (Doc. #s164, 165), and noting that no objections have been filed to the Report and Recommendations, and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby adopts said Report and Recommendations.

Accordingly, it hereby **ORDERED** that:

1. The Report and Recommendations filed in these cases on August 10, 2006 3:06CV082 (Doc. #475), 3:04CR012 (Doc. #518), 3:06CV083 (Doc. #75), and 3:04CR038 (Doc. #79) are ADOPTED in full;

2. Petitioner's Motions to Vacate, Set Aside or Correct Sentence in Case Number 3:06cv00082 (Doc. #s 468, 474) and in Case Number 3:04cr00012 (Doc. #s 468, 482) are DENIED without prejudice to renewal upon completion of his direct appeals;

3. Petitioner's Motions to Vacate, Set Aside or Correct Sentence in Case Number 3:06cv00083 (Doc. #s 69, 74) and in Case No. 3:04cr00038 (Doc. #s 69, 75) are DENIED without prejudice to renewal upon completion of his direct appeals;

4. Petitioner's Motions for Evidentiary Hearing in Case Nos. 3:06cv00082 (Doc. #473), 3:04cr00012 (Doc. #481) are DENIED as moot;

5. Petitioner's Motions for Evidentiary Hearing in Case Numbers 3:06cv00083 (Doc. #73) and 3:04cr00038 (Doc. #74) are DENIED as moot; and

6. Case Numbers 3:06cv00082 and 3:06cv00083 are terminated on the docket of this Court.

August 31, 2006                    **\*s/THOMAS M. ROSE**

                                   Thomas M. Rose
                                   United States District Judge